___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

APR 01 2009   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA, a single man,<br>　　　　　　　　　　　Plaintiff<br>v.<br><br>SEATTLE SERVICE BUREAU, INC. d/b/a NATIONAL SERVICE BUREAU, INC., a Washington corporation; GWEN DELLNER and JOHN DOE DELLNER, individually and the marital community thereof;<br>　　　　　　　　　　　Defendants | No. **C09-0431** MJP<br><br>COMPLAINT<br><br>09-CV-00431-CMP |

COMES NOW the Plaintiff who, for causes of action set forth below, hereby sues defendants above-named (collectively referred to as "Defendant" herein) and for his complaint alleges the following:

### 1. NATURE OF ACTION

1.1. This is an action for damages for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 USC § 1692 et seq., and the Washington Collection Agency Act ("WCAA"), RCW 19.16 et seq. Plaintiff brings this action in the capacity of a private

COMPLAINT - 1 OF 10

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

attorney general to impose strict liability upon Defendants for their violations of the FDCPA and the WCAA.

## 2. JURISDICTION AND VENUE

2.1. Jurisdiction arises under 28 USC §§ 1331, 1337(a), and 15 USC § 1692k(d). Concurrent jurisdiction over the WCAA claims arises under 28 USC § 1367. Venue is proper in this Court as Defendants transacts business here and the conduct complained of occurred here.

## 3. PARTIES AND BACKGROUND

3.1. Plaintiff is a *sui juris* adult who has been the subject of Defendant's debt collection activities that took place within this district and has been damaged thereby.

3.2. Defendant SEATTLE SERVICE BUREAU, INC., also known as National Service Bureau, Inc., ("SSB") is a Washington corporation. Its offices and principal places of business are located at 205-18820 Aurora Avenue North, Seattle, WA 98133. SSB is licensed as a collection agency by the Washington state Department of Licensing and is authorized to do business in the state of Washington through its registered agent, one David B. Conyers located at that address.

3.3. SSB is the assignee of Plaintiff's alleged obligation to pay $107.11 to non-party Dynacare Laboratories for services related to medical treatment (the "Alleged Debt.") The Alleged Debt arose out of transactions primarily for personal, family,

COMPLAINT - 2 OF 10

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

1 or household purposes.

2 3.4. Defendant's principal business purpose is the collection of debts. Defendant regularly attempts to collect debts asserted to be owed or due another using the telephone, mails, and other instrumentalities of interstate commerce, and did so attempt to collect the Alleged Debt from Plaintiff.

3.5. Defendant Gwen DELLNER, sued herein in her personal capacity, is a *sui juris* adult and was at all times relevant herein an employee of defendant SSB.

3.6. Defendant John Doe DELLNER, sued herein in his community capacity, is, upon information and belief, defendant Gwen DELLNER's spouse.

3.7. Upon information and belief, "Gwen Dellner" is not Defendant Gwen DELLNER's true name but a pseudonym (in industry parlance, a "desk name") used while attempting to collect debts. Plaintiff therefore does not know the true identity of the defendants DELLNER at this time and they are therefore sued herein by such fictitious names. Plaintiff will ascertain the true identity of the defendants DELLNER and will amend this Complaint to reflect the same.

3.8. All of defendant Gwen DELLNER's conduct complained of herein was done on behalf of, and in furtherance of, the marital community formed by her and her husband, defendant John Doe DELLNER.

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

1  3.9. Defendant Gwen DELLNER was hired, trained, and supervised
2  using SSB's methods, materials, and personnel. All of Defendant
3  Gwen DELLNER'S conduct complained of herein was done with SSB's
4  full knowledge, consent, and support; was within the course and
5  scope of her employment with SSB; and was done in furtherance of
6  SSB's business.

### 4. STATEMENT OF FACTS

8  4.1. Defendant has attempted to collect the Alleged Debt from
9  Plaintiff through a campaign of deceptive and harassing phone
10 calls and messages.
11 4.2. Defendant's two-month campaign of harassment began in
12 September 2008. During this time, Defendant repeatedly called
13 Plaintiff and left cryptic and anonymous messages on Plaintiff's
14 answering machine imploring Plaintiff to call a 1-800 number.
15 4.3. Each of these calls were placed without any meaningful
16 disclosure of the caller's identity and failed to identify the
17 caller as a debt collector.
18 4.4. Further, Defendant twice called Plaintiff more than three
19 times in a single week. Defendant, in fact, twice called
20 Plaintiff three times in a single <u>day</u>. A complete record of
21 Defendant's calls is attached hereto as Exhibit "A." Recordings
22 of all of Defendant's messages, as Audio Exhibits 1-20,
23 accompany this Complaint on a CD-ROM.
24 4.5. On or about November 4th, 2008, Plaintiff called the 1-800

COMPLAINT - 4 OF 10

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

number and spoke with an individual later identified as Defendant DELLNER. A recording of the call accompanies this Complaint as Audio Exhibit 21.

4.6. During the conversation, Defendant DELLNER admitted to the frequency of the calls, saying, "I'm gonna [sic] have to have them tone down that dialer."

4.7. Defendant DELLNER also admitted that the messages left did not identify the caller or state the nature of the call based on her (mistaken) belief that "that would be illegal . . . per federal law."

4.8. Defendant DELLNER also falsely threatened to report the Alleged Debt on Plaintiff's credit report and to sue Plaintiff to enforce it. Upon information and belief, Defendant has not reported, and does not intend to report, this account to any credit bureau.

4.9. The falsity of Defendant DELLNER's lawsuit threat was laid bare when Plaintiff later spoke to another NSB employee, later identified as non-party John Weller ("Weller"). A recording of Plaintiff's conversation with Weller accompanies this Complaint as Audio Exhibit 22.

4.10. Weller stated that, in fact, Defendant did not intend to sue Plaintiff. Expressing surprise that Defendant DELLNER made the threat, he said, "I don't see that as a likely scenario" and that "I wouldn't see that as a likely possibility . . . if

COMPLAINT - 5 OF 10

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

you're not really working right now, does that make you suit-worthy? I don't think so."

4.11. Defendant's conduct was persistent, deliberate and in bad faith.

4.12. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered damages.

### 5. FIRST CAUSE OF ACTION — VIOLATION OF FDCPA

#### COUNT ONE — VIOLATION OF 15 U.S.C. § 1692d(6)

5.1. Defendant's placement of telephone calls without meaningful disclosure of the caller's identity constitutes harassment and abuse of Plaintiff. *See, inter alia, Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F.Supp.2d 1104, 1116 (C.D.Cal. 2005); *Foti v. NCO Fin. Sys., Inc.*, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

#### COUNT TWO — VIOLATION OF 15 U.S.C. § 1692e(5)

5.2. Defendant's false threats to sue Plaintiff and report the Alleged Debt to the credit bureaus, when in fact such action cannot legally be taken or is not intended to be taken, constitutes attempts to collect the Alleged Debt through false or misleading representations and means.

#### COUNT THREE — VIOLATION OF 15 U.S.C. § 1692e(10)

5.3. Defendant has attempted to collect the Alleged Debt through false, misleading or deceptive representations and means by failing to disclose that its phone calls were from a debt

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

1  collector.

## 6. SECOND CAUSE OF ACTION — VIOLATION OF WCAA

### COUNT ONE — VIOLATION OF RCW 19.16.250(10)

6.1. Defendant has threatened to impair Plaintiff's credit rating if the Alleged Debt was not paid in violation of the WCAA.

### COUNT TWO — VIOLATION OF RCW 19.16.250(12)(a)

6.2. To the extent that Defendant has communicated with Plaintiff in any form, manner or place more than three times in a single week, each such communication constitutes harassment in violation of the WCAA.

## 7. NO *BONA FIDE* ERROR DEFENSE

7.1. As evidenced by Audio Exhibits 21 and 22, to the extent that any violations of the FDCPA complained of herein were not intentional, Defendant failed to maintain procedures reasonably adapted to avoid such errors. Further, any such errors were errors of law that are not excused by the *bona fide* error defense. *See Baker v. GC Services, Inc.*, 677 F.2d 775, 779 (9th Cir. 1982). Thus, the 15 U.S.C. § 1692k(d) *bona fide* error defense does not apply.

## 8. PRAYER FOR RELIEF

8.1. WHEREFORE, Plaintiff respectfully prays the Court enter judgment against Defendants, and each of them jointly and severally, as follows:

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

1  8.1.1. For money damages, including actual damages and the
2  maximum statutory, treble and exemplary damages permitted under
3  the FDCPA and the WCAA, and
4  8.1.2. For costs and fees of the suit, including reasonable
5  attorney fees in the event that Plaintiff instructs counsel
6  herein or to enforce any judgment entered herein in this or any
7  foreign jurisdiction.
8  8.1.3. For an order, pursuant to RCW 19.16.450, barring the
9  collection of interest, service charges, attorney fees,
10 collection costs, delinquency charge, or any other fees or
11 charges otherwise legally chargeable to the Plaintiff on the
12 Alleged Debt, and
13 8.1.4. For such other and further relief and the Court may deem
14 just, proper and equitable.
15 DATED: April 1, 2009
16
17 S/Joseph A. Hylkema
   JOSEPH ANDREW HYLKEMA
18 WSBA: N/A
   Plaintiff pro se

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: HYLKEMAJ@ISOMEDIA.COM

**EXHIBIT "A"**

| AUDIO EXHIBIT | CALLER ID | DATE | TIME |
|---|---|---|---|
| 1 | (206) 533-0963 | September 18, 2008 | 12:38 PM |
| 2 | (206) 533-0963 | September 23, 2008 | 12:10 PM |
| 3 | (206) 533-0963 | September 23, 2008 | 2:46 PM |
| 4 | (206) 533-0963 | September 23, 2008 | 5:55 PM |
| 5 | (206) 533-0963 | September 24, 2008 | 10:29 AM |
| 6 | (206) 533-0963 | September 24, 2008 | 11:46 AM |
| 7 | (206) 533-0963 | October 1, 2008 | 11:43 AM |
| 8 | (206) 533-0963 | October 3, 2008 | 2:44 PM |
| 9 | (206) 533-0963 | October 7, 2008 | 1:18 PM |
| 10 | (206) 533-0963 | October 13, 2008 | 9:21 AM |
| 11 | (206) 533-0963 | October 13, 2008 | 11:55 AM |
| 12 | (206) 533-0963 | October 14, 2008 | 2:25 PM |
| 13 | (206) 533-0963 | October 15, 2008 | 1:33 PM |
| 14 | (206) 533-0963 | October 15, 2008 | 4:36 PM |
| 15 | (206) 533-0963 | October 16, 2008 | 12:06 PM |
| 16 | (206) 533-0963 | October 17, 2008 | 12:25 PM |
| 17 | (206) 533-0963 | October 20, 2008 | 12:02 PM |
| 18 | (206) 533-0963 | October 28, 2008 | 10:42 AM |
| 19 | (206) 533-0963 | October 28, 2008 | 12:56 PM |
| 20 | (206) 533-0963 | October 28, 2008 | 4:18 PM |