UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA<br><br>      Plaintiff(s),<br>v.<br>SEATTLE SERVICE BUREAU, INC.; GWEN DELLNER JOHN DOE DELLNER, individually and the marital community thereof;<br><br>      Defendant(s). | )<br>)<br>)<br>)<br>)  Case Number  C09-0431<br>)<br>)<br>)<br>)<br>)<br>) |

### WAIVER OF THE SERVICE OF SUMMONS

To:   JOSEPH ANDREW HYLKEMA

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   4/1/2009   , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5-04-09

_____
Signature

Brandon Conyers
Seattle Service Bureau, Inc.
18820 Aurora Ave N, Suite 205
Shoreline WA 98133
bconyers@nsbi.net   206-533-0877
Printed Name
Office Address,
E-mail Address
Telephnone Number